AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CRIME JUSTICE & AMERICA, INC., et al,

    Plaintiffs,

    v.

G. KEN BANCROFT, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-113-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice.

March 13, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer